In the Matter of MARTHA BINGHAM, Deceased. CHARLES BROGAN, Appellant; CECIL C. VAN VALKENBURGH et al., as Executors, of MARTHA BINGHAM,

Deceased, et al., Respondents.— Present —
Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ.